AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>**JAMES HERMAN UPTMORE,**<br>also known as "Sonny"<br><br>_Defendant_ | )<br>)  Case: 1:21-mj-00156 — 02<br>)  Assigned to: Judge Robin M. Meriweather<br>)  Assign Date: 1/22/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   James Herman Uptmore   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D)&(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   01/22/2021                         _/s/ Robin M. Meriweather_
                                                           _Issuing officer's signature_

City and state:   Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
                                                           _Printed name and title_

---

**Return**

This warrant was received on _(date)_ 01/22/2021, and the person was arrested on _(date)_ 01/26/2021
at _(city and state)_ San Antonio, TX.

Date:   01/26/2021                         _Hans Momberger_
                                                           _Arresting officer's signature_

                                                           Hans Momberger
                                                           Task Force Officer, FBI JTHF
                                                           _Printed name and title_