

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 13, 2021

**By e-mail**

Christopher W. Adams
chris@adamsbischoff.com

John Convery
hasconpc@aol.com

         Re:    *Chance Uptmore and James Uptmore*
                *Preliminary Discovery for Case Number 21-cr-149*

Dear Counsel:

I have uploaded preliminary discovery to USAfx. As we receive and review additional discovery, it will be uploaded to USAfx. When our investigation and review is complete, I will provide a more formal, bates stamped production which will include items such as serialized 302s and responsive search warrants returns.

For now, I have included below most (if not all) of the warrant affidavits we have sought thus far so that you have an idea of the universe of discovery. The search warrant returns have not necessarily been reviewed for responsive materials. However, because Mr. James and Chance Uptmore are related, and because they are co-defendants, I have provided full copies of the phone extractions, as well as a full copy of the Facebook account for Mr. Chance Uptmore, to each of you.

Additionally, law enforcement officers and agents sometimes use sensitive and confidential databases for searches, such as CLEAR and NCIC. Where the documents involve law enforcement search results utilizing these databases (such as CLEAR or NCIC), I have marked those items "highly sensitive" (**HS**).

Similarly, where the documents involve sensitive internal FBI databases, such as documentation involving "TTK" and/or "FACES" (facial recognition) searches, I have marked those items "highly sensitive" (**IHS**).

If you have any questions, issues, or concerns with how I've marked (or not marked) documents, please let me know and I'm happy to revisit.

## PHYSICAL EVIDENCE

| | |
|---|---|
| External Drive<br>*Delivered via FedEx* | Phone Extraction (QSA1 - James Uptmore)<br><br>Phone Extraction (QSA2 - Chance Uptmore) |
| DVD (1)<br>*Delivered via FedEx* | James Uptmore and Chance Uptmore Audio Interviews |
| DVD (3)<br>*Delivered via FedEx* | Chance Video Interview<br>(multiple video files) |
| CCTV<br>Delivered via USAfx | 0959 USC 02 Rotunda South(**IHS**)<br>Advance to: 4:30 minutes<br>Uptmore Video: DA033099-D8A6, IMG 229, IMG 231[1]<br>Approx. Time: 238pm<br><br>0960 USC 02 Rotunda North(**IHS**)<br>Advance to: 4:30 minutes<br>Uptmore Video: DA033099-D8A6, IMG 229, IMG 231<br>Approx. Time: 238pm<br><br>0686 USCH 02 Rotunda Door Interior(**IHS**)<br>Advance to: 25 minutes<br>Uptmore Video: IMG 230<br>Approx. Time: 240pm<br><br>Advance to: 40 minutes<br>Uptmore Video: IMG 241<br>Approx. Time: 255pm<br><br>7029 USCS 02 Rotunda Door Interior(**IHS**)<br>Advance to: 25 minutes<br>Uptmore Video: IMG 230 |

---

[1] I've made some attempt to indicate where videos from Mr. Chance Uptmore's phone extraction coincide with the Capitol Building CCTV. These are the file names for the videos on Chance Uptmore's phone.

|  | Approx. Time: 240pm<br><br>Advance to: 40 minutes<br>Uptmore Video: IMG 241<br>Approx. Time: 255pm |
|---|---|
| Facebook Account<br>*Delivered via USAfx* | Chance Uptmore |

## **FBI SERIALS**

| Chance Uptmore File | Chance A. UPTMORE-U.S. Capitol Intrusion January 6, 2021 (2 pages) |
|---|---|
| | Conversion to Full Investigation (10 pages) |
| | Federal Arrest-Chance Anthony Uptmore (2 pages) |
| | Follow Up Interview Telephonic of Tipster (1 page) |
| | Grand Jury subpoena return from ATT (6 pages) |
| | Grand Jury subpoena return from Facebook (2 pages) |
| | Search warrant at 15411 Pebble Gate San Antonio TX 78232 (9 pages) |
| | Telephone Call- Self Surrender Arrangements for Uptmore Co-defendants (1 page) |
| | Telephonic Interview of Tipster (2 pages) |
| | Guardian_701528_SA (2 pages) |
| | Interview of Chance Uptmore Advice of Rights (2 pages) |
| | Interview of James Sonny H. Uptmore Jr (8 pages) |
| | 1.8.21 Tipster (2 pages) |
| | Recorded Voluntary Non-Custodial Interview of Chance Anthony Uptmore (11 pages) |
| | Search by Arresting Agents (2 pages) |

| | |
|---|---|
| James Uptmore File | Case Opening Form-James Uptmore 18 USC 1752a (1 page) |
| | Federal Arrest -James H. Uptmore (1 page) |
| | Search Warrant Return-SA 21-MJ-00053-Uptmore Residence (1 page) |
| | Telephone Call-Self Surrender Arrangements for Uptmore Co-defendants (1 page) |
| | OPENING EC-Full Investigation (8 pages) |
| | Recorded Voluntary Non-Custodial Interview of Chance Anthony Uptmore (JU File) (11 pages) |
| | Voluntary Interview of James Uptmore and Return of Telephone (6 pages) |

## ADDITIONAL DISCOVERY

Receipt for Property (1 page)

Residential Search Warrant (29 pages)

Facebook Search Warrant (40 pages)

Face Search – Chance Uptmore (12 pages)- (**IHS**)

Name Search – Chance Uptmore (17 pages) (**IHS**)

Face Search – James Uptmore (80 pages) (**IHS**)

Facebook Screenshot from Tipster

Images from Telegraph UK/ CCN (3)

NCIC – James Uptmore (10 pages) (**S**)

DL - James Uptmore (2 pages) (**S**)

DL – Chance Uptmore (3 pages) (**S**)

4

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

        Sincerely,

        CHANNING D. PHILLIPS
        Acting United States Attorney

By:    */s/ Angela N. Buckner*
        ANGELA N. BUCKNER
        Assistant United States Attorney
        D.C. Bar No. 1022880
        United States Attorney's Office
        555 4th Street, N.W., Room #10-108
        Washington, DC 20530
        Phone: 202-252-2656
        Email: angela.buckner@usdoj.gov