IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No.: 1:21-cr-149-RCL |
| ) | |
| JAMES HERMAN UPTMORE, ) | |
| ) | |
| Defendant ) | |
| _____) | |

## NOTICE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

The defendant, by and through counsel, hereby notices that a proposed order related to the oral motion to modify a condition of pretrial release is hereby attached.

I hereby certify that on this date I electronically filed this motion with the Clerk of Court using the ECF system that will notify the parties of record of this filing.

RESPECTFULLY SUBMITTED.

                                                        */s/ Christopher W. Adams*
                                                        Christopher W. Adams
                                                        ADAMS & BISCHOFF, LLC
                                                        171 Church Street
                                                        Suite 360
                                                        Charleston, SC 29401
                                                        Tel: 843-277-0090
                                                        chris@adamsbischoff.com

DATE: August 25, 2021