IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No.: 1:21-cr-149-RCL |
| ) | |
| JAMES HERMAN UPTMORE, ) | |
| ) | |
| Defendant ) | |
| ) | |

**ORDER MODIFYING CONDITION OF RELEASE**

Upon oral motion by the defendant and without opposition by the prosecution, and for good cause shown, the bond conditions for the defendant are hereby modified so that Mr. Uptmore may travel into the Southern District of Texas without the prior approval of pretrial services. All other terms and conditions remain the same. IT IS SO ORDERED.

_____
ROYCE C. LAMBERTH
SENIOR JUDGE
UNITED STATES DISTRICT COURT

DATE: August _____, 2021