**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:21-CR-00149-02 (RCL)** |
| **v.** | : | |
| | : | |
| **JAMES UPTMORE,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this sentencing memorandum in connection with the above-captioned matter. For the reasons set forth herein, the government requests that this Court sentence Defendant James Uptmore to 21 days of incarceration, 36 months' probation, 60 hours of community service, and $500 restitution.

**I.     Introduction**

Defendant James Uptmore ("Uptmore") traveled with his son, co-defendant Chance Uptmore, from San Antonio, TX to Washington D.C. on January 5, 2021, to attend the Stop the Steal rally. The trip was to celebrate Chance Uptmore's 24th birthday. As part of that celebration both Uptmore and his son participated in the January 6, 2021 attack on the United States Capitol— a violent attack that forced an interruption of the certification of the 2020 Electoral College vote count, threatened the peaceful transfer of power after the 2020 Presidential election, injured more than one hundred law enforcement officers, and resulted in more than $2.7 million in losses.[1]

---

[1] Although the Statement of Offense in this matter, filed on June 6, 2022 (ECF No. 56 at ¶ 6) reflects a sum of more than $1.4 million for repairs, as of April 5, 2022, the most current estimate of the approximate losses suffered as a result of the siege at the United States Capitol was $2,734,783.15. That amount reflects, among other things, damage to the United States Capitol building and grounds and certain costs borne by the United States Capitol Police.

On June 6, 2022, James Uptmore pleaded guilty to one count of 40 U.S.C. § 5104(e)(2)(G): Parading, Demonstrating, or Picketing in the Capitol Building. [2] As explained herein, a sentence of 21 days of incarceration, with 36 months' probation to follow, is appropriate in this case because James Uptmore (along with his son): (1)  watched rioters fight with and overtake police who had been holding the Northwest Stairs; (2)  then paraded up those breached stairs , and chose to enter the Capitol Building despite having seen police deploying tear gas against the rioters,  and rioters using chemical spray used against police, and  despite having watched rioters climbing the scaffolding amidst billows of smoke rising from the Lower West Terrace; (3)  entered the Capitol through the Upper Terrace Doors which had been breached only three minutes earlier  ; (4) despite a blaring alarm, proceeded  into the Rotunda, and the hallway outside the Old Senate Chamber, where police were holding a line against the mob that was trying to enter the Senate; and (5) were present in that hallway when an officer deployed tear gas to disperse the mob. Additionally, and significantly (6) James Uptmore took videos and photographs of the violence, property damage and tear gas as the two made their way up to and inside of the Capitol building; ; (8)  but then falsely denied using his phone to record the events of January 6, 2021 when he was interviewed by the FBI.

The Court must also consider that Uptmore's conduct on January 6, like the conduct of scores of other defendants, took place in the context of a large and violent riot that relied on numbers to overwhelm law enforcement, breach the Capitol, and disrupt the proceedings. But for his actions alongside so many others, the riot likely would have failed. *See United States v.*

---

[2]  Chance Uptmore also pleaded guilty to one count of 18 U.S.C. 5104(e)(2)(G).  *United States v. Chance Uptmore,* 1:21-cr-00149-01.   Chance Uptmore will be sentenced on the same day as James Uptmore.  The government has filed a separate sentencing memorandum in his case.

*Matthew Mazzocco*, 1:21-cr-00054 (TSC), Tr. 10/4/2021 at 25 ("A mob isn't a mob without the numbers. The people who were committing those violent acts did so because they had the safety of numbers.") (statement of Judge Chutkan). Here, James Uptmore's participation in a riot that actually succeeded in halting the Congressional certification combined with his endorsement of the violence on that day, and the potential for future violence renders a 21 day term of incarceration, followed by a 36-month term of probation, both necessary and appropriate in this case.

## II.      Factual and Procedural Background

### *The January 6, 2021 Attack on the Capitol*

To avoid exposition, the government refers to the general summary of the attack on the U.S. Capitol. *See* ECF 1-1 (Statement of Offense), at 1-7. As this Court knows, a riot cannot occur without rioters, and each rioter's actions – from the most mundane to the most violent – contributed, directly and indirectly, to the violence and destruction of that day. With that backdrop we turn to the defendant's conduct and behavior on January 6.

### *James Uptmore's Role in the January 6, 2021 Attack on the Capitol*

On January 5, 2021, James Uptmore traveled to Washington, D.C. with his son Chance Uptmore, from their home in San Antonio, Texas to attend the "Stop the Steal" rally as part of the celebration of Chance Uptmore's birthday. Chance Uptmore is on the left (Image 1) and James Uptmore is on the right (Image 2):



Image 1                                    Image 2

Chance Uptmore recorded each step of their route that day, and unless otherwise noted, the following screen shots are from his telephone download. [3] James Uptmore and his son went to the rally January 6, 2021, at the Ellipse and listened to the speeches. Chance Uptmore videoed part of the former President's speech where Trump stated he hoped "Mike" [Vice President Pence] "will do the right thing." See Gov't Exh. 159. Trump also urged the crowd to "fight" and said the "states should recertify." After the speeches, both men paraded down to the Capitol, where they passed bicycle rack barriers and snow fencing with No Entry signs, with smoke billowing in the air from smoke bombs. Chance Uptmore filmed this scene, as depicted in the below screen shots from videos he recorded around 1:40 to 1:45 p.m. (Images 3-6):

---

[3] The FBI seized Chance Uptmore's telephone pursuant legal process. The FBI downloaded his videos and photographs with their time stamps.



Image 3                                    Image 4



Image 5                                    Image 6

James Uptmore and his son walked up the West Front lawn. Both were captured in

another January 6 defendant's video, showing Chance Uptmore videotaping, and James Uptmore

intently watching, the battle between rioters and law enforcement for the Northwest Stairs

(Image 7):



Image 7

James Uptmore and his son watched as three lone officers tried to prevent rioters from accessing

the stairs (Image 8):



Image 8

But the police were badly outnumbered, and a battle ensued for over 20 minutes as they fought

with rioters who were attempting to breach the Northwest Stairs that led to the Upper West

Terrace.  See Gov't Exh. 186.  Rioters fought for the shields of the officers, as police tried to use

chemicals to fight the rioters. Chance Uptmore recorded the assault on the police on his phone

(Images 9-10):



Image 9



Image 10

Another defendant captured rioters using chemicals against the officers as the battle continued

(Image 11):



Image 11

Uptmore also recorded the mob surrounding the outnumbered officers on the Lower West

Terrace at the same time that the rioters were on the stairs (Image 12):



Image 12

8

Chance Uptmore recorded the rioters tearing down scaffolding and the ultimate victory cry of the mob as it breached the steps about 2:09 p.m.  See Gov't Exh. 212. He recorded the rioters as they climbed walls and scaffolding to the Upper West Terrace at approximately 2:11 p.m. (Images 13-15):



Image 13



Image 14



Image 15

James Uptmore and his son also paraded up the stairs to the Upper West Terrace, where police were clearly outnumbered (Images 16 and 17 [James Uptmore circled in blue]):



Image 16                    Image 17

Despite the law enforcement presence on the terrance, James Uptmore and his sonentered the Upper West Terrace Door, where the officers were standing.  This is a non-public, alarmed exit door. As the two entered between 2:36-2:37 p. m., three minutes after the door was breached the first time (see screen shots from CCTV below [Images 18-20]), Chance Uptmore used his phone to capture the atmosphere, including the blaring high-pitched alarm. See Gov't Exh. 227.



Image 18



Image 19



Image 20

James Uptmore and his son proceededbriefly into the alcove by the East Rotunda Door, adjacent to the Rotunda, before entering the Rotunda itself,  as shown on the CCTV images below (Image 21 and 22), and then made their way back into the Rotunda at 2:38 p.m.:



Image 21



Image 22

Uptmore then took videos of the confrontation between rioters and MPD officers who were holding the line by the Old Senate Chamber to prevent entry into the Senate.  The map depicts this area by the Rotunda and the red arrow indicates the area in front of the Old Senate Chamber (Image 23):



Image 23

This occurred around 2:44 p.m., as captured on body worn cameras (BWC) (Image 24) and by a French news organization (Image 25):



Image 24



Image 25

Chance Uptmore recorded the mob, the noise and the officers deploying chemical spray in order to push back the rioters. See Gov't Exh. 12D60.  A photo of the spray is below (Image 26):



Image 26

This is a view of the mob, from CCTV, from behind the officers (Image 27):



Image 27

Chance Uptmore filmed the crowd as it chanted at the MPD officers , "you serve us" and "fuck Nancy Pelosi.   See Gov't Exh. 234. After the MPD deployed a smoke bomb and other chemicals, Chance Uptmore filmed peope leaving the area at approximatley 2:50 p.m. going back into the Rotunda (Image 28):



Image 28

James Uptmore and his son left the Capitol around 2:55 p.m. through the East Rotunda doors, as shown in CCTV (Image 29):



Image 29

Chance Uptmore then recorded a a rioter trying to steal a painting (Images 30-31):



Image 30                                    Image 31

CCTV captured the same event at 2:56 p.m. where the Uptmores are seen recording, but doing nothing to stop the rioter from stealing the painting (Image 32):



Image 32

In total, James Uptmore and his son were inside the Capitol for approximately 20 minutes, after being part of the mob in one of the many battles between police and the rioters while in the Old Senate Chamber hall.

*James Uptmore's Interview*

James Uptmore was interviewed twice, the first in his driveway on January 18, 2021, during execution of the search warrant on his and his son's home by the FBI.  Items connected to the trip to D.C. were found as was marijuana and paraphernalia. James Uptmore was also later questioned about the drugs found in the house, but stated he knew nothing about their presence.

James Uptmore, however, did admit that he went to Washington D.C. with his son; that he went to the Stop the Steal rally; and that he went inside the Capitol building on January 6, 2021. He told the agents that he and his son saw a man shot by rubber bullets or paint balls and sprayed with "orange spray" deployed by the U.S. Capitol police officers, who were attempting

to hold back the mob. He and his son went up the stairs and into the Capitol. He went into the

Rotunda, but claimed that he  saw no violence there.  He was occasionally separated from his son

and knew that his son was taking a lot of photographs and videos. James Uptmore told the agents

twice that he did not use any devices to record the riot inside the Capitol, however a video taken

by his son and images on CCTV clearly show that Uptmore did use his phone to record inside

the Capitol (Images 33-34):



Image 33                          Image 34

James Uptmore stated that as he and his son left the building, they saw a Metropolitan

Police Department ("MPD") officer grab a painting that a rioter was trying to remove from the

building.  Lastly, Uptmore admitted seeing an officer in a clearly closed area, armed with a gun,

and to seeing an officer pinned to the wall by rioters. Uptmore also told the agents that he had

heard what sounded like mortar fireworks going off when he was out of the Capitol. At the end

of the interview, he consented to the search of his phone by the FBI.  Despite Uptmore's denial

that he took any images inside the Capitol, when the FBI downloaded the cell phone they located at least three (3) photographs taken inside (pictured below Images 35 – 37)[4]:



Image 35                     Image 36                     Image 37

*The Charges and Plea Agreement*

On January 22, 2021, James Uptmore was charged by complaint with violating 18 U.S.C. §§ 1752(a)(1) and 40 U.S.C. §§ 5104(e)(2). On or about January 26, 2021, he was arrested in San Antonio, TX. On February 24, 2021, he was charged by a four-count Information with violating 18 U.S.C. §§ 1752(a)(1) and (2) and 40 U.S.C. §§ 5104(e)(2)(D) and (G), which was superseded on February 25, 2022, and on April 4, 2022, to remove reference to the Vice President-elect. On June 6, 2022, Uptmore pleaded guilty to Count Four of the Information, charging him with a violation of 40 U.S.C. § 5104(e)(2)(G), Parading, Demonstrating and Picketing in a Capitol Building. By plea agreement, James Uptmore agreed to pay $500 in restitution to the Architect of the Capitol.

## III.   Statutory Penalties

Uptmore now faces a sentencing on a single count of 40 U.S.C. § 5104(e)(2)(G). As noted by the plea agreement and the U.S. Probation Office, he faces up to six months of imprisonment

---

[4] Image 37 appears to be the picture Uptmore was taking in the Old Senate Chamber as shown in Image 33.

and a fine of up to $5,000. Uptmore must also pay restitution under the terms of his agreement. *See* 18 U.S.C. § 3663(a)(3); *United States v. Anderson*, 545 F.3d 1072, 1078-79 (D.C. Cir. 2008). As this offense is a Class B Misdemeanor, the Sentencing Guidelines do not apply to it. 18 U.S.C. § 3559; U.S.S.G. §1B1.9.

## IV.    Sentencing Factors Under 18 U.S.C. § 3553(a)

In this misdemeanor case, sentencing is guided by 18 U.S.C. § 3553(a), which identifies the factors a court must consider in formulating the sentence. Some of those factors include: the nature and circumstances of the offense, § 3553(a)(1); the history and characteristics of the defendant, *id.*; the need for the sentence to reflect the seriousness of the offense and promote respect for the law, § 3553(a)(2)(A); the need for the sentence to afford adequate deterrence, § 3553(a)(2)(B); and the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct. § 3553(a)(6). In this case, as described below, all of the Section 3553(a) factors weigh in favor of incarceration.

### A.  The Nature and Circumstances of the Offense

The attack on the U.S. Capitol, on January 6, 2021, is a criminal offense unparalleled in American history. It represented a grave threat to our democratic norms; indeed, it was one of the only times in our history when the building was literally occupied by hostile participants. By its very nature, the attack defies comparison to other events.

While each defendant should be sentenced based on their individual conduct, as we now discuss, this Court should note that each person who entered the Capitol on January 6 without authorization did so under the most extreme of circumstances. As they entered the Capitol, they would—at a minimum—have crossed through numerous barriers and barricades and heard the throes of a mob. Depending on the timing and location of their approach, they also may have

observed extensive fighting with law enforcement officials and smelled chemical irritants in the air. Much of this was documented by Chance Uptmore as he and his father both witnessed much of this turmoil and destruction. And James Uptmore did take at least one photograph in the Old Senate Chamber where rioters were trying to push past a police line into the Senate Chamber.  No rioter was a mere tourist that day.

Additionally, while assessing James Uptmore's individual conduct and fashioning a just sentence, this Court should look to a number of critical aggravating and mitigating factors, including: (1) whether, when, and how the defendant entered the Capitol building; (2) whether the defendant encouraged violence; (3) whether the defendant encouraged property destruction; (4) the defendant's reaction to acts of violence or destruction; (5) whether during or after the riot, the defendant destroyed evidence; (6) the length of the defendant's time inside of the building, and exactly where the defendant traveled; (7) the defendant's statements in person or on social media; (8) whether the defendant cooperated with, or ignored commands from law enforcement officials; and (9) whether the defendant demonstrated  sincere remorse or contrition. While these factors are not exhaustive nor dispositive, they help to place each defendant on a spectrum as to their fair and just punishment. Had James Uptmore personally engaged in violence or destruction, he  would be facing additional charges and/or penalties associated with that conduct. The absence of violent or destructive acts on the part of James Uptmore is therefore not a mitigating factor in this misdemeanor case, nor does it meaningfully distinguish the defendant from most other misdemeanor defendants.  The defendant's lack of violence and property destruction is the only reason he was charged only with, and permitted to plead to, a misdemeanor rather than felony.

In this case, James Uptmore and his son traveled to the Capitol after the rally and witnessed police valiantly fighting off rioters to keep the mob from getting into the Capitol building. Uptmore

saw chemicals being used against the officers and rioters both, saw smoke in the air, saw tear gas deployed and saw confrontations between rioters and police on the West Front at the Lower West Terrace.

Nonetheless, after the Northwest Stairs were breached, James Uptmore and his son paraded up those stairs and scaffolding to the Upper West Terrace. They entered the Upper West door only three minutes after it was breached despite the presence of police, who were outnumbered by the mob.

During James Uptmore's 20 minutes inside the Capitol, he witnessed and encouraged the mob by the Old Senate Chamber as the mob tried to get into the Senate wing of the Capitol. To his credit, he did object when to a police officers, as he and his son were leaving through the East Rotunda Doors, and saw a rioter trying to steal a painting.

When questioned by the FBI, James Uptmore falsely claimed that he had not witnessed any violence in the Rotunda, and also falsely stated that he had not used his phone to record or document the events at the Capitol.

Accordingly, the nature and the circumstances of this offense establish the clear need for a sentence of incarceration and a lengthy term of supervision as well.

### B.  The History and Characteristics of the Defendant

As set forth in the PSR, ECF 58, Uptmore's criminal history consists of a conviction 40 years ago for misdemeanor possession of marijuana, for which he served a one- year term of probation. Id. at ¶ 37. He also had two arrests for speeding; one for possession of marijuana and one for theft between the ages of 18 and 31, but no convictions. Id. at ¶ ¶ 40-43.  Uptmore owns a powder-coating business which employs seven (7) people, including Chance Uptmore.  He also owns a roofing business with two (2) employees. Id. at ¶10.

### C.  The Need for the Sentence Imposed to Reflect the Seriousness of the Offense and Promote Respect for the Law

The attack on the U.S. Capitol building and grounds was an attack on the rule of law. "The violence and destruction of property at the U.S. Capitol on January 6 showed a blatant and appalling disregard for our institutions of government and the orderly administration of the democratic process."[5] As with the nature and circumstances of the offense, this factor supports a sentence of incarceration, as it will in most cases, including misdemeanor cases, arising out of the January 6 riot. *See United States v. Joshua Bustle and Jessica Bustle*, 21-cr-238-TFH, Tr. 08/24/21 at 3 ("As to probation, I don't think anyone should start off in these cases with any presumption of probation. I think the presumption should be that these offenses were an attack on our democracy and that jail time is usually -- should be expected") (statement of Judge Hogan).

### D.  The Need for the Sentence to Afford Adequate Deterrence

Deterrence encompasses two goals: general deterrence, or the need to deter crime generally, and specific deterrence, or the need to protect the public from further crimes by this defendant. 18 U.S.C. § 3553(a)(2)(B-C), *United States v. Russell*, 600 F.3d 631, 637 (D.C. Cir. 2010).

*General Deterrence*

The need for general deterrence weighs heavily in favor of incarceration in nearly every case arising out of the violent riot at the Capitol. Indeed, general deterrence may be the most compelling reason to impose a sentence of incarceration. "Future would-be rioters must be deterred." (statement of Judge Nichols at sentencing). *United States v. Thomas Gallagher,* 1:21-

---

[5] Federal Bureau of Investigation Director Christopher Wray, Statement before the House Oversight and Reform Committee (June 15, 2021), available at https://oversight.house.gov/sites/democrats.oversight.house.gov/files/Wray%20 Testimony.pdf

cr-00041 Tr. 10/13/2021 at 27).General deterrence is an important consideration because many of the rioters intended that their attack on the Capitol would disrupt, if not prevent, one of the most important democratic processes we have: the peaceful transfer of power to a newly elected President. As noted by Judge Moss during sentencing, in *United States v. Paul Hodgkins*, 21-cr-188-RDM:

> [D]emocracy requires the cooperation of the governed. When a mob is prepared to attack the Capitol to prevent our elected officials from both parties from performing their constitutional and statutory duty, democracy is in trouble. The damage that [the defendant] and others caused that day goes way beyond the several-hour delay in the certification. It is a damage that will persist in this country for decades.

Tr. at 69-70. Indeed, the attack on the Capitol means "that it will be harder today than it was seven months ago for the United States and our diplomats to convince other nations to pursue democracy. It means that it will be harder for all of us to convince our children and our grandchildren that democracy stands as the immutable foundation of this nation." *Id.* at 70.

The gravity of these offenses demands deterrence. This was not a protest. *See United States v. Paul Hodgkins*, 21-cr-188-RDM, Tr. at 46 ("I don't think that any plausible argument can be made defending what happened in the Capitol on January 6th as the exercise of First Amendment rights.") (statement of Judge Moss). And it is important to convey to future potential rioters—especially those who intend to improperly influence the democratic process—that their actions will have consequences. There is possibly no greater factor that this Court must consider.

*Specific Deterrence*

James Uptmore committed illegal acts by entering a restricted area and building, despite walking past barricades, seeing tear gas, watching other rioters' confrontations with police,  and hearing alarms going off as he entered the Capitol building through a recently breached doorway. This stance shows the need for specific deterrence in this case.

### E.  The Need to Avoid Unwarranted Sentencing Disparities

As the Court is aware, the government has charged hundreds of individuals for their roles in this one-of-a-kind assault on the Capitol, ranging from unlawful entry misdemeanors, such as in this case, to assault on law enforcement officers, to conspiracy to corruptly interfere with Congress.[6] This Court must sentence James Uptmore based on his own conduct and relevant characteristics, but should give substantial weight to the context of his unlawful conduct: his participartion in the January 6 riot. Although those like James Uptmore convicted of misdemeanors are generally less culpable than defendants convicted of felonies, misdemeanor breaches of the Capitol on January 6 were not minor crimes.  . A probationary sentence should not be  the  default.[7] Indeed, the government invites the Court to join Your Honor's admonition that "I don't want to create the impression that probation is the automatic outcome here because it's not going to be." *United States v. Anna Morgan-Lloyd*, 1:21-cr-00164 (RCL), Tr. 6/23/2021 at 19; *see also United States v. Valerie Ehrke*, 1:21-cr-00097 (PFF), Tr. 9/17/2021 at 13 ("Judge Lamberth said something to the effect . . . 'I don't want to create the impression that probation is the automatic

---

[6] Attached to this  sentencing memorandum is a table providing additional information about the sentences imposed on other Capitol breach defendants.  That table also shows that the requested sentence here would not result in unwarranted sentencing disparities.

[7]  Early in this investigation, the Government made a very limited number of plea offers in misdemeanor cases that included an agreement to recommend probation in *United States v. Anna Morgan-Lloyd*, 1:21-cr-00164(RCL); *United States v. Valerie Elaine Ehrke*, 1:21-cr-00097(PFF); *United States v. Donna Sue Bissey*, 1:21-cr-00165(TSC), *United States v. Douglas K. Wangler*, 1:21-cr-00365(DLF), and *United States v. Bruce J. Harrison*, 1:21-cr-00365(DLF). The government is abiding by its agreements in those cases, but has made no such agreement in this case. *Cf. United States v. Rosales-Gonzales*, 801 F.3d 1177, 1183 (9th Cir. 2015) (no unwarranted sentencing disparities under 18 U.S.C. § 3553(a)(6) between defendants who plead guilty under a "fast-track" program and those who do not given the "benefits gained by the government when defendants plead guilty early in criminal proceedings") (citation omitted).

outcome here, because it's not going to be.' And I agree with that. Judge Hogan said something similar.") (statement of Judge Friedman).

James Uptmore has pleaded guilty to Count Four of the Superseding Information, charging him with parading, demonstrating or picketing in a Capitol Building, a violation of 40 U.S.C. § 5104(e)(2)(G). This offense is a Class B misdemeanor. 18 U.S.C. § 3559. Certain Class B and C misdemeanors and infractions are "petty offenses," 18 U.S.C. § 19, to which the Sentencing Guidelines do not apply, U.S.S.G. 1B1.9. The sentencing factors set forth in 18 U.S.C. § 3553(a), including "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct," 18 U.S.C.A.  § 3553(6), do apply, however.

For one thing, although all the other defendants discussed below participated in the Capitol breach on January 6, 2021, many salient differences—such as how a defendant entered the Capitol, how long he remained inside, the nature of any statements he made (on social media or otherwise), whether he destroyed evidence of his participation in the breach, etc.—help explain the differing recommendations and sentences.   And as that discussion illustrates, avoiding unwarranted disparities requires the courts to consider not only a defendant's "records" and "conduct" but other relevant sentencing criteria, such as a defendant's expression of remorse or cooperation with law enforcement.   *See United States v. Hemphill*, 514 F.3d 1350, 1365 (D.C. Cir. 2008) (no unwarranted disparity regarding lower sentence of codefendant who, unlike defendant, pleaded guilty and cooperated with the government).

In cases for which the Sentencing Guidelines apply, "[t]he best way to curtail 'unwarranted disparities' is to follow the Guidelines, which are designed to treat similar offenses and offenders similarly." *United States v. Bartlett,* 567 F.3d 901, 908 (7th Cir. 2009). *See id.* ("A sentence within

a Guideline range 'necessarily' complies with 3553(a)(6).").  Because the Sentencing Guidelines do not apply here, the sentencing court cannot readily conduct a disparity analysis against a nationwide sample of cases captured by the Sentencing Guidelines.

Even in Guidelines cases, sentencing courts are permitted to consider sentences imposed on co-defendants in assessing disparity. *E.g., United States v. Knight*, 824 F.3d 1105, 1111 (D.C. Cir. 2016); *United States v. Mejia*, 597 F.3d 1329, 1343-44 (D.C. Cir. 2010); *United States v. Bras*, 483 F.3d 103, 114 (D.C. Cir. 2007). The Capitol breach was *sui generis*: a mass crime with significant distinguishing features, including the historic assault on the seat of legislative branch of federal government, the vast size of the mob, the goal of impeding if not preventing the peaceful transfer of Presidential power, the use of violence by a substantial number of rioters against law enforcement officials, and large number of victims. Thus, even though many of the defendants were not charged as conspirators or as codefendants, the sentences handed down for Capitol breach offenses is an appropriate group for purposes of measuring disparity of any future sentence.

While no previously sentenced case contains the same balance of aggravating and mitigating factors present here, the Court may also consider the sentence imposed on the individuals discussed below for reference.

In *United States v. Savannah McDonald*, 21-CR-429, Judge Cooper imposed a sentence of 21 days incarceration for a plea to the same count to which Uptmore pled. McDonald had also observed and cheered when a mob of rioters overran police on the Upper West Terrace Staircase. She entered the Capitol Building despite having been sprayed with tear gas three times by police officers, whereas Uptmore entered after seeing violence done upon the officers and rubber bullets and tear gas being deployed. McDonald entered through the Senate Fire Door (also known as the Parliamentarian Door) less than 20 seconds after it was opened by other rioters. Uptmore entered

the Upper West Terrace door within three (3) minutes of it too being breached.  Although McDonald tried to hide her part in the riot, which Uptmore did not, she, like Uptmore, provided false or misleading information to law enforcement as Uptmore did when he told the FBI he didn't record or take pictures while in the Capito.

In *United States v. Jeremy Grace*, 21-CR-492, Judge Moss imposed a sentence of 21 days incarceration. Grace pled to 18 U.S.C § 1752(a)(1).  He too observed font line rioters pushing past and through police lines, and entered in the first wave of rioters around 2:23 p.m. Like Uptmore, he made his way to the Rotunda, witnessing flash bangs, tear gas and destruction of property.  He chanted and took pictures and videos inside. He destroyed the evidence on his phone, and like Uptmore, twice made false statement to agents of the Federal Bureau of Investigation ("FBI"). Unlike Uptmore, Grace attempted to profit financially from his participation in the riot.

In *United States v. Jerimiah Carollo*, 22-CR-44, Judge Mehta also imposed 21 days of incarceration.   Carollo pled to the 40 U.S.C. § 5014(e)(2)(G) as did Uptmore.  He observed the skirmish between the police and other rioters on the Upper West Plaza and was near the front the front of, and pushed to add his weight to,  a large group of rioters that twice breached the police line on the northwest stairs from the Upper West Plaza to the Capitol building. Carollo entered the Capitol through a broken window adjacent to the Senate Wing Door and coaxed his co-defendants to enter the Capitol after they expressed reluctance to enter.  While inside the Capitol Carollo went to the suite of offices for Speaker of the House Nancy Pelosi and watched as other rioters vandalized an official sign in that area.

In any event, the goal of minimizing unwarranted sentencing disparities in § 3553(a)(6) is "only one of several factors that must be weighted and balanced," and the degree of weight is "firmly committed to the discretion of the sentencing judge." *United States v. Coppola*, 671 F.3d

220, 254 (2d Cir. 2012). The § 3553(a) factors that this Court assesses are "open-ended," with the result that "different district courts may have distinct sentencing philosophies and may emphasize and weigh the individual § 3553(a) factors differently; and every sentencing decision involves its own set of facts and circumstances regarding the offense and the offender." *United States v. Gardellini*, 545 F.3d 1089, 1093 (D.C. Cir. 2008). "[D]ifferent district courts can and will sentence differently—differently from the Sentencing Guidelines range, differently from the sentence an appellate court might have imposed, and differently from how other district courts might have sentenced that defendant." *Id*. at 1095.

## V.     The Court's Lawful Authority to Impose a Split Sentence

As this Court has concluded and explained, a sentencing court may impose a "split sentence" "a period of incarceration followed by period of probation," *Foster v. Wainwright*, 820 F. Supp. 2d 36, 37 n.2 (D.D.C. 2011) (citation omitted)—for a defendant convicted of a federal petty offense.  *See* 18 U.S.C. § 3561(a)(3). *United States v. Little*, 21cr315 (RCL), 2022 WL 768685, at *1 (D.D.C. Mar. 14, 2022) (concluding that " a split sentence is permissible under law and warranted by the circumstances of this case), *appeal pending,* District of Columbia Circuit No. 22-3018; *see also United States v. Sarko*, No. 21cr591 (CKK), 2022 WL 1288435, at *1 (D.D.C. Apr. 29, 2022) (explaining why a split sentence is permissible in a petty offense case); *United States v. Caplinger*, No. 21cr342 (PLF), 2022 WL 2045373, at *1 (D.D.C. June 7, 2022) ("the Court concludes that a split sentence is permissible for a petty offense and therefore is an option for the Court in Mr. Caplinger's case."); *United States v. Smith*, 21cr290 (RBW), ECF 43 (D.D.C. Mar. 15, 2022) (imposing split sentence); *United States v. Meteer*, 21cr630 (CJN), ECF 37 (D.D.C. April 22, 2022) (same); *United States v. Entrekin*, 21cr686 (FYP), ECF 34 (D.D.C. May 6, 2022) (same); *United States v. Revlett*, 21cr281 (JEB), ECF 46 (D.D.C. July 7, 2022)

(same); *United States v. Getsinger*, 21cr607 (EGS), ECF 60 (D.D.C. July 12, 2022) (same); *United States v. Ticas*, 21cr601 (JDB), ECF 40 (D.D.C. July 15, 2022) (same); *United States v. Caplinger*, 21cr342 (PLF), ECF 74 (D.D.C. August 1, 2022) (same); *United States v. Jeremiah Carollo*, 22cr44 (APM), Min. Entry 09/13/22, (D.D.C. September 13, 2022) (combining probation with 21 days in custody.) [8]

## VI.    Conclusion

Sentencing requires the Court to carefully balance the § 3553(a) factors. As explained herein, some of those factors support a sentence of incarceration and some support a more lenient sentence. Balancing these factors, the government recommends that this Court sentence James Uptmore to 21 days incarceration, 36 months' probation, 60 hours of community service, and $500 restitution. Such a sentence protects the community, promotes respect for the law, and deters future crime by imposing restrictions on these defendants' liberty as a consequence of their behavior.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:    /s/ Mona Lee M. Furst
MONA LEE M. FURST
KS Bar No. 13162
Assistant United States Attorney
Capitol Siege Section - Detailee
U.S. Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20579
Office: 316-269-6537
Mona.Furst@usdoj.gov

---

[8] In *United States v. Lindsey*, 21-cr-162 (BAH), ECF 102, the defendant pleaded guilty to three counts: 18 U.S.C. § 1752(a)(1); 40 U.S.C. §§ 5104(e)(2)(D) and 5104(e)(2)(G). Chief Judge Howell sentenced Lindsey to five months incarceration on each of the § 5104 counts, to be served concurrently, and 36 months' probation on the § 1752(a)(1) count.

## CERTIFICATE OF SERVICE

On this 20th day of October, 2022, a copy of the foregoing was served on counsel of

record for the defendant via the Court's Electronic Filing System.

BY:     */s/ Mona Lee M. Furst*
         MONA LEE M. FURST
         KS Bar No. 13162
         Assistant United States Attorney
         Capitol Siege Section - Detailee
         U.S. Attorney's Office
         601 D. Street, N.W.
         Washington, D.C. 20579
         Office: 316-269-6537
         Mona.Furst@usdoj.gov

Table 1: Cases in which the government recommended a probation sentence without home detention[1]

| Defendant Name | Case Number | Offense of Conviction | Government Recommendation | Sentence Imposed |
|---|---|---|---|---|
| Morgan-Lloyd, Anna | 1:21-CR-00164-RCL | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>40 hours community service<br>$500 restitution | 36 months' probation<br>120 hours community service<br>$500 restitution |
| Ehrke, Valerie | 1:21-CR-00097-PLF | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>40 hours community service<br>$500 restitution | 36 months' probation<br>120 hours community service<br>$500 restitution |
| Bissey, Donna | 1:21-CR-00165-TSC | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>40 hours community service<br>$500 restitution | 14 days' incarceration<br>60 hours community service<br>$500 restitution |
| Hiles, Jacob | 1:21-CR-00155-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
| Wangler, Douglas | 1:21-CR-00365-DLF | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>40 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
| Harrison, Bruce | 1:21-CR-00365-DLF | 40 U.S.C. § 5104(e)(2)(G) | 48 months' probation<br>40 hours community service<br>$500 restitution | 24 months' probation<br>60 hours of community service<br>$500 restitution |

---

[1] Early in this investigation, the Government made a very limited number of plea offers in misdemeanor cases that included an agreement to recommend probation in *United States v. Anna Morgan-Lloyd*, 1:21-cr-00164(RCL); *United States v. Valerie Elaine Ehrke*, 1:21-cr-00097(PFF); *United States v. Donna Sue Bissey*, 1:21-cr-00165(TSC), *United States v. Douglas K. Wangler*, 1:21-cr-00365(DLF), and *United States v. Bruce J. Harrison*, 1:21-cr-00365(DLF). The government is abiding by its agreements in those cases, but has made no such agreement in this case. *Cf. United States v. Rosales-Gonzales*, 801 F.3d 1177, 1183 (9th Cir. 2015) (no unwarranted sentencing disparities under 18 U.S.C. § 3553(a)(6) between defendants who plead guilty under a "fast-track" program and those who do not given the "benefits gained by the government when defendants plead guilty early in criminal proceedings") (citation omitted).

Table 2: Cases in which the government recommended a probation sentence with home detention

| Defendant Name | Case Number | Offense of Conviction | Government Recommendation | Sentence Imposed |
|---|---|---|---|---|
| Bustle, Jessica | 1:21-CR-00238-TFH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>40 hours community service<br>$500 restitution | 2 months' home detention<br>24 months' probation<br>40 hours community service<br>$500 restitution |
| Bustle, Joshua | 1:21-CR-00238-TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>40 hours community service<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>40 hours community service<br>$500 restitution |
| Doyle, Danielle | 1:21-CR-00324-TNM | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' probation<br>$3,000 fine<br>$500 restitution |
| Bennett, Andrew | 1:21-CR-00227-JEB | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 3 months' home detention<br>24 months' probation<br>80 hours community service<br>$500 restitution |
| Mazzocco, Matthew | 1:21-CR-00054-TSC | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>60 hours community service<br>$500 restitution |
| Rosa, Eliel | 1:21-CR-00068-TNM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 12 months' probation<br>100 hours community service<br>$500 restitution |

| Gallagher, Thomas | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>Fine<br>60 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
|---|---|---|---|---|
| Vinson, Thomas | 1:21-CR-00355-RBW | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>3 years' probation<br>60 hours community service<br>$500 restitution | 5 years' probation<br>$5,000 fine<br>120 hours community service<br>$500 restitution |
| Dillon, Brittiany | 1:21-CR-00360-DLF | 40 U.S.C. § 5104(e)(2)(D) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' home detention<br>36 months' probation<br>$500 restitution |
| Sanders, Jonathan | 1:21-CR-00384-CJN | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>60 hours community service<br>$500 restitution |
| Fitchett, Cindy | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Sweet, Douglas | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Cordon, Sean | 1:21-CR-00269-TNM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' probation<br>$4000 fine<br>$500 restitution |

| Wilkerson, John IV | 1:21-CR-00302-CRC | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>$2500 fine<br>60 hours community service<br>$500 restitution |
|---|---|---|---|---|
| Jones, Caleb | 1:21-CR-00321-JEB | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' home detention<br>24 months' probation<br>100 hours community service<br>$500 restitution |
| Brown, Terry | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 45 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Wrigley, Andrew | 1:21-CR-00042-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 18 months' probation<br>$2000 fine<br>60 hours community service<br>$500 restitution |
| Parks, Jennifer | 1:21-CR-00363-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
| Reimler, Nicholas | 1:21-CR-00239-RDM | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Miller, Brandon | 1:21-CR-00266-TSC | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 20 days' incarceration<br>60 hours community service<br>$500 restitution |
| Miller, Stephanie | 1:21-CR-00266-TSC | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 14 days' incarceration<br>60 hours community service<br>$500 restitution |
| Hatley, Andrew | 1:21-CR-00098-TFH | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>$500 restitution |

| Pert, Rachael | 1:21-CR-00139-TNM | 18 U.S.C. § 1752(a)(1) | 3 months' home detention<br>24 months' probation<br>40 hours community service<br>$500 restitution | 24 months' probation<br>100 hours community service<br>$500 restitution |
|---|---|---|---|---|
| Winn, Dana | 1:21-CR-00139-TNM | 18 U.S.C. § 1752(a)(1) | 3 months' home detention<br>24 months' probation<br>40 hours community service<br>$500 restitution | 10 days' incarceration (weekends)<br>12 months' probation<br>100 hours community service<br>$500 restitution |
| Wickersham, Gary | 1:21-CR-00606-RCL | 40 U.S.C. § 5104(e)(2)(G) | 4 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>$2000 fine<br>$500 restitution |
| Schwemmer, Esther | 1:21-CR-00364-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
| Kelly, Kenneth | 1:21-CR-00331-CKK | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' home detention<br>12 months' probation<br>$500 restitution |
| Straka, Brandon | 1:21-cr-00579-DLF | 40 U.S.C. § 5104(e)(2)(D) | 4 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>$5000 fine<br>60 hours community service<br>$500 restitution |
| Sizer, Julia | 1:21-CR-00621-CRC | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 12 months' probation<br>$2,000 fine<br>$500 restitution |
| Blauser, William | 1:21-CR-00386-TNM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | $500 fine<br>$500 restitution |

| Barnard, Richard | 1:21-CR-00235-RC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 days' home detention<br>12 months' probation<br>60 hours community service<br>$500 restitution |
|---|---|---|---|---|
| Witcher, Jeffrey | 1:21-CR-00235-RC | 18 U.S.C. § 1752(a)(1) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 12 months' probation<br>60 hours community service<br>$500 restitution |
| McAlanis, Edward | 1:21-CR-00516-DLF | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
| Lollis, James | 1:21-CR-00671-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>100 hours community service<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>100 hours community service<br>$500 restitution |
| Schubert, Amy | 1:21-CR-00588-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 18 months' probation<br>$2000 fine<br>100 hours community service<br>$500 restitution |
| Schubert, John | 1:21-CR-00587-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 18 months' probation<br>$1500 fine<br>100 hours community service<br>$500 restitution |
| Orangias, Michael | 1:21-CR-00265-CKK | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>$500 restitution |
| Quick, Michael | 1:21-CR-00201-DLF | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>$500 restitution | 36 months' probation<br>$1000 fine<br>60 hours community service<br>$500 restitution |
| Quick, Stephen | 1:21-CR-00201-DLF | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>$500 restitution | 24 months' probation<br>$1000 fine<br>60 hours community service<br>$500 restitution |

| Reda, Kenneth | 1:21-CR-00452-TFH | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution |
|---|---|---|---|---|
| McCreary, Brian | 1:21-CR-00125-BAH | 18 U.S.C. § 1752(a)(1) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 42 days' intermittent incarceration<br>(condition of probation)<br>2 months' home detention<br>36 months' probation<br>$2,500 fine<br>$500 restitution |
| Colbath, Paul | 1:21-CR-00650-RDM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 day's home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Lewis, Jacob | 1:21-CR-00100-CRC | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>$3000 fine<br>60 hours community service<br>$500 restitution |
| Lentz, Nicholes | 1:22-CR-00053-RDM | 18 U.S.C. § 1752(a)(1) | 2 months' home detention<br>36 months' probation | 1 month home detention<br>36 months' probation<br>100 hours community service<br>$500 restitution |
| Daughtry, Michael | 1:21-CR00141-RDM | 18 U.S.C. § 1752(a)(1) | 4 month's home detention<br>36 months' probation<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>$500 restitution |
| Juran, John | 1:21-CR-00419-TFH | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' home detention<br>36 months' probation<br>$500 fine<br>$500 restitution |
| Genco, Raechel | 1:22-CR-00062 - JMC | 40 U.S.C. § 5104(e)(2)(G) | 30 days home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 12 months' probation<br>60 hours community service<br>$500 restitution |

Table 3: Cases in which the government recommended a sentence of incarceration

| Defendant Name | Case Number | Offense of Conviction | Government Recommendation | Sentence Imposed |
|---|---|---|---|---|
| Curzio, Michael | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration (time served) | 6 months' incarceration (time served)<br>$500 restitution |
| Hodgkins, Paul | 1:21-CR-00188-RDM | 18 U.S.C. § 1512(c)(2) | 18 months' incarceration | 8 months' incarceration<br>24 months' supervised release<br>$2000 restitution |
| Dresch, Karl | 1:21-CR-00071-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration (time served)<br>$1000 fine<br>$500 restitution | 6 months' incarceration (time served)<br>$500 restitution |
| Jancart, Derek | 1:21-CR-00148-JEB | 40 U.S.C. § 5104(e)(2)(D) | 4 months' incarceration<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| Rau, Erik | 1:21-CR-00467-JEB | 40 U.S.C. § 5104(e)(2)(D) | 4 months' incarceration<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| Hemenway, Edward | 1:21-CR-00049-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 45 days' incarceration<br>60 hours community service<br>$500 restitution |
| Reeder, Robert | 1:21-CR-00166-TFH | 40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration<br>$500 restitution | 3 months' incarceration<br>$500 restitution |
| Bauer, Robert | 1:21-CR-00049-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 45 days' incarceration<br>60 hours community service<br>$500 restitution |
| Smocks, Troy | 1:21-CR-00198-TSC | 18 U.S.C. § 875(c) | Low end of sentencing guidelines<br>36 months' supervised release | 14 months' incarceration<br>36 months' supervised release |
| Vinson, Lori | 1:21-CR-00355-RBW | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 60 months' probation<br>$5,000 fine<br>120 hours community service<br>$500 restitution |
| Griffith, Jack | 1:21-CR-00204-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>$500 restitution |
| Torrens, Eric | 1:21-CR-00204-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 3 months' home detention<br>36 months' probation |

| | | | | |
|---|---|---|---|---|
| | | | | $500 restitution |
| Gruppo, Leonard | 1:21-CR-00391-BAH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 3 months' home detention<br>24 months' probation<br>$3,000 fine<br>$500 restitution |
| Ryan, Jennifer | 1:21-CR-00050-CRC | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>$500 restitution | 2 months' incarceration<br>$1000 fine<br>$500 restitution |
| Croy, Glenn | 1:21-CR-00162-BAH | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>$500 restitution | 14 days' community correctional facility<br>3 months' home detention<br>36 months' probation<br>$500 restitution |
| Stotts, Jordan | 1:21-CR-00272-TJK | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 2 months' home detention<br>24 months' probation<br>60 hours community service<br>$500 restitution |
| Fairlamb, Scott | 1:21-CR-00120-RCL | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a)(1) | 44 months' incarceration<br>36 months' supervised release<br>$2000 fine | 41 months' incarceration<br>36 months' supervised release<br>$2000 restitution |
| Camper, Boyd | 1:21-CR-00325-CKK | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>$500 restitution | 2 months' incarceration<br>60 hours community service<br>$500 restitution |
| Rukstales, Bradley | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Cordon, Kevin | 1:21-CR-00277-TNM | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution | 12 months' probation<br>$4000 fine<br>100 hours community service<br>$500 restitution |
| Chansley, Jacob | 1:21-CR-00003-RCL | 18 U.S.C. § 1512(c)(2) | 51 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 41 months' incarceration<br>36 months' supervised release<br>$2000 restitution |
| Mish, David | 1:21-CR-00112-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Lolos, John | 1:21-CR-00243-APM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 14 days' incarceration<br>$500 restitution |

| Scavo, Frank | 1:21-CR-00254-RCL | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 2 months' incarceration<br>$5000 fine<br>$500 restitution |
| Abual-Ragheb, Rasha | 1:21-CR-00043-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 2 months' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Peterson, Russell | 1:21-CR-00309-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Simon, Mark | 1:21-CR-00067-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 35 days' incarceration<br>$500 restitution |
| Ericson, Andrew | 1:21-CR-00506-TNM | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>$500 restitution | 20 days' incarceration (consecutive weekends)<br>24 months' probation<br>$500 restitution |
| Pham, Tam Dinh | 1:21-CR-00109-TJK | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>$500 restitution | 45 days' incarceration<br>$1000 fine<br>$500 restitution |
| Nelson, Brandon | 1:21-CR-00344-JDB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 24 months' probation<br>$2500 fine<br>50 hours community service<br>$500 restitution |
| Markofski, Abram | 1:21-CR-00344-JDB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 24 months' probation<br>$1000 fine<br>50 hours community service<br>$500 restitution |
| Marquez, Felipe | 1:21-CR-00136-RC | 18 U.S.C. § 1752(a)(2) | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution | 3 month's home detention<br>18 months' probation<br>$500 restitution |
| Meredith, Cleveland | 1:21-CR-00159-ABJ | 18 U.S.C. § 875(c) | Midrange of 37-46 months' incarceration<br>36 months' supervised release | 28 months' incarceration<br>36 months' supervised release |
| Sorvisto, Jeremy | 1:21-CR-00320-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Mariotto, Anthony | 1:21-CR-00094-RBW | 40 U.S.C. § 5104(e)(2)(G) | 4 months' incarceration<br>36 months' probation | 36 months' probation<br>$5000 fine |

|  |  |  | $500 restitution | 250 hours community service<br>$500 restitution |
|--|--|--|--|--|

| Courtright, Gracyn | 1:21-CR-00072-CRC | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution |
|---|---|---|---|---|
| Palmer, Robert | 1:21-CR-00328-TSC | 18 U.S.C. § 111(a) and (b) | 63 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 63 months' incarceration<br>36 months' supervised release<br>$2000 restitution |
| Thompson, Devlyn | 1:21-CR-00461-RCL | 18 U.S.C. § 111(a) and (b) | 48 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 46 months' incarceration<br>36 months' supervised release<br>$2000 restitution |
| Edwards, Gary | 1:21-CR-00366-JEB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>24 months' probation<br>$500 restitution | 12 months' probation<br>$2500 fine<br>200 hours of community service<br>$500 restitution |
| Tutrow, Israel | 1:21-CR-00310-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>$500 restitution | 2 months' home detention<br>36 months' probation<br>$500 restitution |
| Ridge IV, Leonard | 1:21-CR-00406-JEB | 18 U.S.C. § 1752(a)(1) | 45 days' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 14 days' consecutive incarceration<br>12 months' supervised release<br>$1000 fine<br>100 hours community service<br>$500 restitution |
| Perretta, Nicholas | 1:21-CR-00539-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Vukich, Mitchell | 1:21-CR-00539-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Spencer, Virginia | 1:21-CR-00147-CKK | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>$500 restitution | 3 months' incarceration<br>$500 restitution |
| Kostolsky, Jackson | 1:21-CR-00197-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>$500 restitution |

| Rusyn, Michael | 1:21-CR-00303-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 2 months' home detention<br>24 months' probation<br>$2000 fine<br>$500 restitution |
|---|---|---|---|---|
| Tryon, William | 1:21-CR-00420-RBW | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution | 50 days' incarceration<br>12 months' supervised release<br>$1000 fine<br>$500 restitution |
| Sells, Tanner | 1:21-CR-00549-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 3 months' home detention<br>24 months' probation<br>$1500 fine<br>50 hours community service<br>$500 restitution |
| Walden, Jon | 1:21-CR-00548-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>60 hours community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Prado, Nicole | 1:21-CR-00403-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' 12-hour curfew<br>12 months' probation<br>$742 fine<br>60 hours community service<br>$500 restitution |
| Williams, Vic | 1:21-CR-00388-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' home detention<br>12 months' probation<br>$1500 fine<br>60 hours community service<br>$500 restitution |
| Wiedrich, Jacob | 1:21-CR-00581-TFH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>100 hours community service<br>$500 restitution |
| Stepakoff, Michael | 1:21-CR-00096-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' home detention<br>12 months' probation<br>$742 fine<br>60 hours community service<br>$500 restitution |

| Scirica, Anthony | 1:21-CR-00457-CRC | 40 U.S.C. § 5104(e)(2)(G) | 15 days' incarceration<br>$500 restitution | 15 days' incarceration<br>$500 fine<br>$500 restitution |
|---|---|---|---|---|
| Crase, Dalton | 1:21-CR-00082-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 15 days' intermittent incarceration (condition of probation)<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Williams, Troy | 1:21-CR-00082-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 15 days' intermittent incarceration (condition of probation)<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Languerand, Nicholas | 1:21-CR-00353-JDB | 18 U.S.C. § 111 (a) and (b) | 51 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 44 months' incarceration<br>24 months' supervised release<br>60 hours community service<br>$2000 restitution |
| Wilson, Zachary | 1:21-CR-00578-APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 45 days' home detention<br>24 months' probation<br>60 hours community service<br>$500 restitution |
| Wilson, Kelsey | 1:21-CR-00578-APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>60 hours community service<br>$500 restitution |
| McAuliffe, Justin | 1:21-CR-00608-RCL | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 2 months' home detention<br>36 months' probation<br>$500 restitution |
| Williams, Andrew | 1:21-CR-00045-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>24 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
| Leffingwell, Mark | 1:21-CR-00005-ABJ | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 6 months' incarceration<br>24 months' supervised release<br>200 hours community service<br>$2,000 restitution |

| Wagner, Joshua | 1:21-CR-00310-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
|---|---|---|---|---|
| Stenz, Brian | 1:21-CR-00456-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 14 days' incarceration as a condition of probation<br>2 months' home detention<br>36 months' probation<br>$2500 fine<br>$500 restitution |
| Schornak, Robert | 1:21-CR-00278-BAH | 18 U.S.C. § 1752(a)(1) | 4-6 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 28 days' intermittent incarceration (2 14-day intervals)<br>2 months' home detention<br>36 months' probation<br>$500 restitution |
| Castro, Mariposa | 1:21-CR-00299-RBW | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>$500 restitution | 45 days' incarceration<br>$5000 fine |
| Sunstrum, Traci | 1:21-CR-00652-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>$500 restitution |
| Register, Jeffrey | 1:21-CR-00349-TJK | 40 U.S.C. § 5104(e)(2)(G) | 5 months' incarceration<br>$500 restitution | 75 days' incarceration<br>$500 restitution |
| Johnson, Adam | 1:21-CR-00648-RBW | 18 U.S.C. § 1752(a)(1) | 90 days' incarceration<br>12 month's supervised release<br>$5000 fine | 75 days' incarceration<br>12 months' supervised release<br>$5000 fine<br>200 hours community service<br>$500 restitution |
| Howell, Annie | 1:21-CR-00217-TFH | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>12 month's supervised release<br>$500 restitution | 60 days' intermittent incarceration, to be served in 10-day installments, as a condition of probation<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Gonzalez, Eduardo | 1:21-CR-00115-CRC | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>$500 restitution | 24 months' probation<br>$1000 fine<br>$500 restitution |
| Wilson, Duke | 1:21-CR-00345-RCL | 18 U.S.C. § 1512(c)(2) | 46 months' incarceration | 51 months' incarceration |

15

| | | 18 U.S.C. § 111(a)(1) | $2000 + TBD restitution for injured officer | 36 months' supervised release<br>TBD restitution |
|---|---|---|---|---|
| Strong, Kevin | 1:21-CR-00114-TJK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>60 hours community service<br>$500 restitution |
| Bonet, James | 1:21-CR-00121-EGS | 18 U.S.C. § 1752(a)(1) | 45 days' incarceration<br>12 months' probation<br>$500 restitution | 3 months' incarceration<br>12 months' probation<br>200 hours community service<br>$500 restitution |
| Nalley, Verden | 1:21-CR-00016-DLF | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration<br>12 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
| Carico, Michael | 1:21-CR-00696-TJK | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 2 months' home detention<br>24 months' probation<br>$500 fine<br>60 hours community service<br>$500 restitution |
| Little, James | 1:21-CR-00315-RCL | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>$500 restitution |
| Loftus, Kevin | 1:21-CR-00081-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation | 36 months' probation<br>60 hours community service<br>$500 restitution |
| Smith, Jeffrey | 1:21-CR-00290-RBW | 40 U.S.C. § 5104(e)(2)(G) | 5 months' incarceration<br>$500 restitution | 90 days' incarceration<br>24 months' probation<br>200 hours community service<br>$500 restitution |
| Kelley, Kari | 1:21-CR-00201-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Martin, Zachary | 1:21-CR-00201-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>$1000 fine<br>60 hours community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Cudd, Jenny | 1:21-CR-00068-TNM | 18 U.S.C. § 1752(a)(1) | 75 days' incarceration<br>12 months' supervised release<br>$500 restitution | 2 months' probation<br>$5000 fine<br>$500 restitution |
| Jackson, Micajah | 1:21-CR-00484-RDM | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>36 months' supervised release<br>$500 restitution | 36 months' probation with 90 days in residential half-way house<br>$1,000 fine<br>$500 restitution |
| Petrosh, Robert | 1:21-CR-00347-TNM | 18 U.S.C. § 641 | 4 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$938 restitution | 10 days' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$938 restitution |
| Ivey, Bryan | 1:21-CR-00267-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours community service | 60 days' home detention<br>36 months' probation<br>$500 restitution<br>60 hours community service |
| Burress, Gabriel | 1:21-CR-00744-TJK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours community service | 45 days' home confinement<br>18 months' probation<br>$500 restitution<br>60 hours community service |
| Pettit, Madison | 1:21-CR-00744-TJK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours community service | 45 days' home confinement<br>18 months' probation<br>$500 restitution<br>60 hours community service |
| Coffman, Lonnie | 1:21-CR-00004-CKK | 26 U.S.C. § 5861(d)<br>22 D.C. Code § 4504(a) | Middle of SGR<br>36 months' probation | 46 months' incarceration<br>36 months' supervised release |
| Fee, Thomas | 1:21-CR-00133-JDB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours community service | 24 months' probation<br>$500 fine<br>$500 restitution<br>50 hours community service |
| Herendeen, Daniel | 1:21-CR-00278-BAH | 18 U.S.C. § 1752(a)(1) | 28 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours community service | 14 days' incarceration<br>2 months' home detention<br>36 months' probation<br>$500 restitution |

17

| Zlab, Joseph | 1:21-CR-00389-RBW | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours community service | 36 months' probation<br>$500 fine<br>$500 restitution<br>200 hours community service |
|---|---|---|---|---|
| Riddle, Jason | 1:21-CR-00304-DLF | 18 U.S.C. § 641<br>40 U.S.C. § 5104(e)(2)(G) | 90 days' incarceration<br>12 months' supervised release<br>$754 restitution | 90 days incarceration for the § 641 offense<br>36 months' probation for the § 5104(e)(2)(G) offense<br>$754 restitution<br>60 days community service |
| Fox, Samuel | 1:21-CR-00435-BAH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 2 months' home detention<br>36 months' probation<br>$2,500 fine<br>$500 restitution |
| O'Brien, Kelly | 1:21-CR-00633-RCL | 18 U.S.C. § 1752(a)(1) | 5 months' incarceration<br>12 months' supervised release<br>$500 restitution | 90 days' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$500 restitution |
| Hardin, Michael | 1:21-CR-00280-TJK | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours community service | 30 day's home confinement<br>18 months' probation<br>$500 restitution<br>60 hours community service |
| Hernandez, Emily | 1:21-CR-00747-JEB | 18 U.S.C. § 1752(a)(1) | 45 days' incarceration<br>12 months' supervised release<br>$500 restitution<br>60 hours community service | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution<br>80 hours community service |
| Merry, William | 1:21-CR-00748-JEB | 18 U.S.C. § 641 | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution<br>60 hours community service | 45 days' incarceration<br>9 months' supervised release<br>80 hours community service |
| Westover, Paul | 1:21-CR-00697-JEB | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| O'Malley, Timothy | 1:21-CR-00704-CRC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>20 hours community service<br>$500 restitution |

| Reed, Blake | 1:21-CR-00204-BAH | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>$500 restitution | 42 days' intermittent confinement<br>3 months' home detention<br>36 months' probation<br>$2500 fine<br>$500 restitution |
|---|---|---|---|---|
| Rebegila, Mark | 1:21-CR-00283-APM | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>36 months' probation<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>$2000 fine<br>60 hours community service<br>$500 restitution |
| Watrous, Richard | 1:21-CR-00627-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 14 days' intermittent confinement<br>2 months' home detention<br>36 months' probation<br>$2500 fine<br>$500 restitution |
| Meteer, Clifford | 1:21-CR-00630-CJN | 40 U.S.C. § 5104(e)(2)(G) | 75 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Conover, Thomas | 1:21-CR-00743-FYP | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 days' residential reentry center<br>36 months' probation<br>$2500 fine<br>60 hours community service<br>$500 restitution |
| Lavin, Jean | 1:21-CR-00596-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 10 days' intermittent confinement (5 weekends)<br>2 months' home detention<br>36 months' probation<br>$2500 fine<br>$500 restitution |
| Krzywicki, Carla | 1:21-CR-00596-BAH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>3 months' home detention<br>$500 restitution |
| Kulas, Christian | 1:21-CR-00397-TFH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service | 6 months' probation<br>2 months' home detention<br>$500 restitution |

| | | | | $500 restitution |
|---|---|---|---|---|
| Kulas, Mark | 1:21-CR-00693-TFH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 6 months' probation<br>2 months' home detention<br>$500 restitution |
| Von Bernewitz, Eric | 1:21-CR-00307-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 60 days home detention<br>24 months' probation<br>$1000 fine<br>$500 restitution |
| Von Bernewitz, Paul | 1:21-CR-00307-CRC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Ballesteros, Robert | 1:21-CR-00580-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>24 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>40 hours community service<br>$500 restitution |
| Sarko, Oliver | 1:21-CR-00591-CKK | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>$500 restitution |
| Vuksanaj, Anthony | 1:21-CR-00620-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 42 days' intermittent confinement (3, 14-day periods)<br>3 months' home detention<br>36 months' probation<br>$2000 fine<br>$500 restitution |
| Creek, Kevin | 1:21-CR-00645-DLF | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 27 months' incarceration<br>12 months' supervised release<br>$2000 restitution |
| Peart, Willard | 1:21-CR-00662-PLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 2 months' home detention<br>36 months' probation<br>240 hours community service<br>$500 fine<br>$500 restitution |

| Webler, Matthew | 1:21-CR-00741-DLF | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration $500 restitution | 45 days' incarceration $500 restitution |
|---|---|---|---|---|
| Mostofsky, Aaron | 1:21-CR-00138-JEB | 18 U.S.C. § 641 18 U.S.C. § 231 (a)(3) 18 U.S.C. § 1752(a)(1) | 15 months' incarceration 36 months' supervised release $2000 restitution | 8 months' incarceration 12 months' supervised release on each count to run concurrently 200 hours community service $2000 restitution |
| Entrekin, Nathan | 1:21-CR-00686-FYP | 40 U.S.C. § 5104(e)(2)(G) | 105 days incarceration 36 months' probation 60 hours community service $500 restitution | 45 days' incarceration 36 months' probation 60 hours community service $500 restitution |
| Kidd, Nolan | 1:21-CR-00429-CRC | 40 U.S.C. § 5104(e)(2)(G) | 90 days incarceration 36 months' probation 60 hours community service $500 restitution | 45 days' incarceration $500 restitution |
| Baker, Stephen | 1:21-CR-00273-TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days incarceration $500 restitution | 9 days' intermittent confinement 24 months' probation $500 restitution |
| McDonald, Savannah | 1:21-CR-00429-CRC | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration 36 months' probation 60 hours community service $500 restitution | 21 days' incarceration $500 restitution |
| Honeycutt, Adam | 1:22-CR-00050-CJN | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration 36 months' probation 60 hours community service $500 restitution | 3 months' incarceration $500 restitution |
| Spain, Jr., Edward | 1:21-CR-00651-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation 60 hours community service $500 restitution | 36 months' probation 60 hours community service $500 restitution |
| Kramer, Philip | 1:21-CR-00413-EGS | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation 60 hours community service $500 restitution | 30 days' incarceration $2500 fine 100 hours community service $500 restitution |
| Ehmke, Hunter | 1:21-CR-00029-TSC | 18 U.S.C. § 1361 | 4 months' incarceration 36 months' supervised release | 4 months' incarceration 36 months' supervised release |

| | | | $2,181 restitution | $2,181 restitution |
|---|---|---|---|---|
| Chapman, Robert | 1:21-CR-00676-RC | 40 U.S.C. § 5104(e)(2)(G) | 45 days incarceration 36 months' | 3 month's home detention 18 month's probation $742 fine 60 hours community service $500 restitution |
| Timbrook, Michael | 1:21-CR-00361-TNM | 40 U.S.C. § 5104(e)(2)(G) | 90 days' incarceration 36 months' probation | 14 days' intermittent incarceration to be served on 7 consecutive weekends, as a condition of 12 months' probation $500 restitution |
| Miller, Matthew | 1:21-CR-00075-RDM | 18 U.S.C. 1512(c)(2) 18 U.S.C. § 111(a)(1) | 51 months' incarceration 36 month's supervised release | 33 months' incarceration 24 months' probation $2000 restitution 100 hours community service |
| Hemphill, Pamela | 1:21-CR-00555-RCL | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration 36 month's probation | 2 months' incarceration 36 month's probation $500 restitution |
| Rubenacker, Greg | 1:21-CR-00193-BAH | 18 U.S.C. § 231(a)(3) 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 111(a) 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 18 U.S.C. § 1752(a)(4) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(E) 40 U.S.C. § 5104(e)(2)(F) 40 U.S.C. § 5104(e)(2)(G) | 46 months' incarceration 36 months' supervised release | 41 months' incarceration 36 months' supervised release $2000 restitution |
| Johnson, Daniel | 1:21-CR-00407-DLF | 18 U.S.C. § 231(a)(3) | 6 months' incarceration 12 months' supervised release | 4 months' incarceration 12 months' supervised release $2000 restitution |
| Johnson, Daryl | 1:21-CR-00407-DLF | 18 U.S.C. § 231(a)(3) | 90 days' incarceration 12 months' supervised release | 30 days' incarceration 12 months' supervised release $2000 fine $2000 restitution |
| Buhler, Janet | 1:21-CR-00510-CKK | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration | 30 days' incarceration |

| | | | 36 months' supervised release | 36 months' supervised release $500 restitution |
|---|---|---|---|---|
| Tagaris, Jody | 1:21-CR-00368-JDB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation $500 restitution | 24 months' probation $2000 fine $500 restitution 60 hours community service |
| Heinl, Jennifer | 1:21-CR-00370-EGS | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration 36 months' probation $500 restitution | 14 days' incarceration 24 months' probation $500 restitution |
| Sywak, William Jason | 1:21-CR-00494-RC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration 36 months' probation 60 hours community service $500 restitution | 2 months' home detention 12 months' probation 60 hours community service $500 restitution |
| Sywak, William Michael | 1:21-CR-00494-RC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation $500 restitution | 4 month's home detention 24 months' probation 60 hours community service $500 restitution |
| Laurens, Jonathan | 1:21-CR-00450-RC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation $500 restitution | 60 days' home detention 12 months' probation $742 fine $500 restitution 60 hours community service |
| Cooke, Nolan | 1:22-CR-00052-RCL | 18 U.S.C. § 231(a)(3) | 11 months' incarceration 36 months' supervised release $2000 restitution | 366 days' incarceration 36 months' supervised release $2000 restitution |
| Barber, Eric | 1:21-cr-00228-CRC | 40 U.S.C. § 5104(e)(2)(G) 22 D.C. Code 3212 | 4 months' incarceration 36 months' probation $552.95 restitution | 45 days incarceration 24 months' probation $552.95 restitution |
| Gold, Simone | 1:21-CR-00085-CRC | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration 12 month's supervised release $500 restitution 60 hours community service | 60 days' incarceration 12 months' supervised release $9,500 fine $500 restitution |
| Griffin, Cuoy | 1:21-CR-00092-TNM | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration 12 months' supervised release | 14 days' incarceration 12 months' supervised release |
| Stackhouse, Lawrence | 1:21-CR-00240-BAH | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration 36 months' probation | 14 days intermittent incarceration as a condition of 36 months' probation |

23

| | | | | |
|---|---|---|---|---|
| | | | $500 restitution | $500 restitution |
| Baranyi, Lawrence | 1:21-CR-00062-JEB | 18 U.S.C. § 1752 (a)(1) | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution | 90 days' incarceration<br>12 months' year supervised release<br>$500 restitution |
| Evans, Derrick | 1:21-CR-00337-RCL | 18 U.S.C. § 231(a)(3) | 3 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 3 months' incarceration<br>36 months' supervised release<br>$2000 restitution<br>$2000 fine |
| Lucard, Carson | 1:22-CR-00087-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>$500 restitution | 21 days' intermittent confinement as a condition of 36 months' probation<br>60 days home detention<br>$500 restitution |
| Cunningham, Christopher | 1:21-CR-00603-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 3 months' home detention<br>12 months' probation<br>$1,113 fine<br>$500 restitution |
| Prezlin, Brandon | 1:21-CR-00694-TNM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 10 months' probation<br>$2,500 fine<br>120 hours community service<br>$500 restitution |
| Weisbecker, Philip | 1:21-CR-00682-TFH | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days intermittent confinement as a condition of 24 months' probation<br>$2,000 fine<br>$500 restitution |
| Sidorski, Dennis | 1:21-CR-00048-ABJ | 18 U.S.C. § 1752 (a)(2) | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution | 100 days' incarceration<br>12 months' supervised release<br>50 hours community service<br>$500 restitution |
| Bromley, Phillip | 1:21-CR-00250-PLF | 18 U.S.C. 1752(a)(2) | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution | 90 days' incarceration<br>12 months' supervised release<br>$4,000 fine<br>$2,000 restitution |
| Revlett, Jordan | 1:21-CR-00281-JEB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 14 days' incarceration<br>12 months' probation<br>80 hours community service<br>$500 restitution |

| Snow, Robert | 1:22-CR-00030-TJK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>60 hours community service<br>$500 restitution |
|---|---|---|---|---|
| Torre, Benjamin | 1:21-CR-00143-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>$1,113 fine<br>60 hours community service<br>$500 restitution |
| Grace, Jeremey | 1:21-CR-00492-JDM | 18 U.S.C. § 1752 (a)(1) | 60 days' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 21 days' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution |
| Getsinger, John | 1:21-CR-00607-EGS | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>100 hours community service<br>$500 restitution |
| Getsinger, Stacie | 1:21-CR-00607-EGS | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>100 hours community service<br>$500 restitution |
| Suarez, Marissa | 1:21-CR-00205-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>60 hours community service<br>$2000 fine<br>$500 restitution |
| Todisco, Patricia | 1:21-CR-00205-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>60 hours community service<br>$2000 fine<br>$500 restitution |
| Blair, David | 1:21-CR-00186-CRC | 18 U.S.C. § 231(a)(3) | 8 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 5 months' incarceration<br>18 months' supervised release<br>$2,000 restitution |
| Griswold, Andrew | 1:21-CR-00459-CRC | 18 U.S.C. § 231(a)(3) | 5 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 75 days' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Blakely, Kevin | 1:21-CR-00356-EGS | 40 U.S.C. § 5104(e)(2)(G) | 4 months' incarceration<br>36 months' probation<br>$500 restitution | 120 days' incarceration<br>18 months' probation<br>100 hours supervised release |

| | | | | $500 restitution |
|---|---|---|---|---|
| Persick, Kerry | 1:21-CR-00485-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>90 days' supervised release<br>$5,000 fine<br>$500 restitution |
| Ticas, David | 1:21-CR-00601-JDB | 40 U.S.C. § 5104(e)(2)(G | 36 months' incarceration<br>36 months' probation<br>60 hours community serivce<br>$500 restitution | 14 days' incarceration<br>24 months' probation<br>60 hours community service<br>$500 restitution |
| Lindsey, Terry | 1:21-CR-00162-BAH | 18 U.S.C. § 1752(a)(1)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 5 months' incarceration on the<br>§ 5104 counts to be served<br>concurrently<br>36 months' probation on the § 1752<br>count<br>$500 restitution |
| Mattice, Cody | 1:21-CR-00657-BAH | 18 U.S.C. § 111(a)(1) | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Mault, James | 1:21-CR-00657-BAH | 18 U.S.C. § 111(a)(1) | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Bancroft, Dawn | 1:21-CR-00271-ESG | 40 U.S.C. § 5104(e)(2)(G) | 60 day's incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 60 day's incarceration<br>36 months' probation<br>$500 restitution |
| Santos-Smith, Diana | 1:21-CR-00271-ESG | 40 U.S.C. § 5104(e)(2)(G) | 14 day's incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitition | 20 day's incarceration<br>36 months' probation<br>$500 restitution |
| Buckler, Matthew | 1:22-CR-00162-TNM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 14 days' home detention<br>24 months' probation<br>60 hours community service<br>$500 restitution |
| Romero, Moises | 1:21-CR-00677-TSC | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2000 restitution | One year and one day incarceration<br>12 months' supervised release<br>$2,000 restitution |

| Ponder, Mark | 1:21-CR-00259-TSC | 18 U.S.C. § 111(a)(1) and (b) | 60 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 63 months' incarceration<br>36 months' supervised release<br>$2000 restitution<br>Mental health treatment |
|---|---|---|---|---|
| Bishai, Elliot | 1:21-CR-00282-TSC | 18 U.S.C. 1752(a)(1) | 30 days incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 14 days incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution |
| Reffitt, Guy | 1:21-CR-00032-DLF | 18 U.S.C. § 231(a)(2)<br>18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(a)(2)(C) | 180 months' incarceration<br>3 years supervised release<br>$2000 restitution | 87 months' incarceration<br>3 years supervised release<br>$2000 restitution |
| Caplinger, Jeremiah | 1:21-CR-00342-PLF | 40 U.S.C. § 5104(d) | 90 days incarceration<br>36 months' probation<br>$500 restitution | 35 days incarceration<br>24 months' probation<br>60 hours community service<br>$500 restitution |
| Cavanaugh, Andrew | 1:21-CR-00362-APM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
| Baggott, Matthew | 1:21-CR-00411-APM | 18 U.S.C. § 1752(a)(2) | middle of sentencing guidelines range<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 3 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution |
| Willden, Ricky | 1:21-CR-00423-RC | 18 U.S.C. § 111(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 24 months' incarceration<br>36 months' release<br>$2000 restitution |
| Hyland, Jason | 1:21-CR-00050-CRC | 40 U.S.C. § 5104(e)(2)(G) | 30 days incarceration<br>36 months' probation<br>$500 restitution | 7 days incarceration<br>$500 restitution<br>$4,000 fine |
| Ortiz, Christopher | 1:22-CR-00082-JMC | 40 U.S.C. § 5104(e)(2)(G) | 5 months' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>2 months' Home Detention<br>100 hours community service<br>$500 Restitution |

27

| Homer, Lisa | 1:22-CR-00238-TNM | 40 U.S.C. § 5104(e)(2)(G) | 30 days incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>$5,000 fine<br>60 hours community service<br>$500 restitution |
|---|---|---|---|---|
| Betancur, Bryan | 1:21-CR-00051-TJK | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Larocca, Benjamin | 1:21-CR-00317-TSC | 18 U.S.C. § 1752(a)(2) | 3 months' incarceration<br>12 months' supervised release<br>$500 restitution | 60 days incarceration<br>12 months' supervised release<br>$5,000 fine<br>60 hours community service<br>$500 restitution |
| Robertson, Thomas | 1:21-CR-00034-CRC | 18 USC 1512(c)(2) and 2<br>18 USC 231(a)(3) and 2<br>18 USC 1752(a)(1) and (b)(1)(A)<br>18 USC 1752(a)(2) and (b)(1)(A)<br>40 USC 5104(e)(2)(D) | 96 months' incarceration<br>3 years' supervised release<br>$2,000 restitution<br>$100 special assessment for each count of conviction | 87 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Simon, Glen Mitchell | 1:21-CR-00346-BAH | 18 U.S.C. 1752(a)(2) | 10 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 8 months' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$500 restitution |
| Cameron, John | 1:22-CR-00017-TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' imprisonment as an intermittent confinement condition of probation<br>36 months' probation<br>$1,000 fine<br>$500 restitution |
| Fracker, Jacob | 1:21-CR-00034-CRC | 18 U.S.C. § 371 | 6 months' probation consistent with Zone B<br>3 years' supervised release<br>$100 special assessment<br>$2,000 restitution | 12 months' probation<br>59 days' home confinement<br>120 hours community service<br>$2,000 restitution |

| Morrissey, Daniel | 1:21-CR-00660-RBW | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>90 days' home confinement<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>36 months' probation<br>$2,500 fine<br>$500 restitution |
|---|---|---|---|---|
| Lazo, Kene | 1:21-CR-00425-CRC | 40 U.S.C. § 5104(e)(2)(G) | 90 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| Knutson, Billy | 1:22-CR-00031-FYP | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Carlton, Daniel Jonathan | 1:21-CR-00247-TFH | 40 U.S.C. 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' supervised release<br>$500 restitution |
| Richardson, Howard | 1:21-CR-00721-CKK | 18 U.S.C. 111(a)(1) | 46 months' incarceration<br>3 years supervised release<br>$2,000 restitution | 46 months' incarceration<br>36 months' probation<br>$2,000 restitution |
| Pruitt, Joshua | 1:21-CR-00023 – TJK | 18 U.S.C. 1512(c)(2) and (2) | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 55 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Thurlow, Steven | 1:21-CR-00615 – DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>80 hours community service<br>$500 restitution |
| Cortez, Christian Glen | 1:21-CR-00317 – TSC | 18 U.S.C. § 231(a)(3) | 4 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 4 months' incarceration<br>36 months' supervised release<br>60 hours community service<br>$2,000 restitution |
| Webster, Thomas | 1:21-CR-00208 – APM | 18 U.S.C. 111(a)(1), (b);<br>18 U.S.C. 231(a)(3);<br>18 U.S.C. 1752(a)(1), (b)(1)(A), | 210 months' incarceration<br>36 months' supervised release<br>$2,060 restitution | 120 months' incarceration<br>36 months' supervised release<br>$2,060 restitution |

| | | 18 U.S.C. 1752(a)(2), (b)(1)(A);<br>18 U.S.C. 1752(a)(4), (b)(1)(A);<br>40 U.S.C. 5104(e)(2)(F) | | |
|---|---|---|---|---|
| Michetti, Richard | 1:21-cr-00232 – CRC | 18 U.S.C. § 1512(c)(2) | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 9 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Watson, Sean | 1:21-CR-00422 – APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probations<br>60 hours community service<br>$500 restitution | 7 days' incarceration<br>24 months' probation<br>60 hours community service<br>$500 restitution |
| McNicoll, Lois Lynn | 1:21-CR-00468 – DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>80 hours community service<br>$500 restitution |
| Schwartzberg, Dovid | 1:21-CR-00338 – TFH | 40 U.S.C. § 5104(e)(2)(G) | 120 days' incarceration<br>36 months' probations<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| Youngers, Darrell | 1:21-CR-00640 – TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>$1,000 fine<br>$500 restitution |
| Vollan, Cody | 1:22-CR-00044-APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| Carollo, Anthoy | 1:22-CR-00044-APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| Carollo, Jeremiah | 1:22-CR-00044-APM | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 21 days' incarceration<br>12 months' probation<br>60 hours' community service<br>$500 restitution |

| Bratjan, Frank | 1:22-CR-00285-TNM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 days' community service<br>$500 restitution | 6 months' probation<br>$1500 fine<br>$500 restitution |
|---|---|---|---|---|
| Ferreira, Leticia | 1:22-CR-00210-THC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' home detention<br>12 months' probation<br>$371 fine<br>60 hours' community service<br>$500 restitution |
| Connor, Francis | 1:21-CR-00586-RC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 probation | 12 months' probation<br>$371 fine<br>60 hours community service<br>$500 probation |
| Ferrigno, Antonio | 1:21-CR-00586-RC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>$371 fine |
| Lunyk, Anton | 1:21-CR-00586-RC | 40 U.S.C. § 5104(e)(2)(G) | 20 days' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>$742 fine<br>60 hours community service<br>$500 restitution |
| Packer, Robert | 1:21-CR-00103-CJN | 40 U.S.C. § 5104(e)(2)(G) | 75 days' incarceration<br>36 months' probation<br>$500 restitution | 75 days' incarceration<br>$500 restitution |
| Williams, Anthony | 1:21-CR-00377-BAH | 18 U.S.C. § 1512(c)(2);<br>40 U.S.C.<br>§§ 5104(e)(2)(D) and (G)<br>18 U.S.C. §§ 1752(a)(1)<br>and (2) | 64 month's incarceration<br>36 months' supervised release<br>$2000 restitution | 60 month's incarceration<br>36 months' supervised release<br>$5000 fine<br>$2000 restitution |
| Vincent, Reva | 1:22-CR-00051 - TNM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$1,500 fine<br>$500 restitution |
| Lyon, Robert | 1:21-CR-00161 - RBW | 18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 641 | 90 days' incarceration<br>12 months' supervised release<br>$2,000 restitution | 40 days' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Ayres, Stephen | 1:21-CR-00156 - JDB | 18 U.S.C. § 1752(a)(2) | 60 days' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 24 months' probation<br>100 hours community service<br>$500 restitution |
| Hale-Cusanelli, Tim | 1:21-CR-00037 - TNM | 18 U.S.C. 1512(c)(2) and 2<br>18 U.S.C. 1752(a)(1)<br>18 U.S.C. 1752(a)(2)<br>40 U.S.C. 5104(e)(2)(D<br>40 U.S.C. 5104(e)(2)(G) | 78 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Hamner, Thomas | 1:21-CR-00689 - ABJ | 18:231(a)(3) and 2 | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>200 hours community service<br>$2,000 restitution |
| Santillan, Blas | 1:22-CR-00032 – FYP | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution |
| Neefe, Marshall | 1:21-CR-00567 - RCL | 18 U.S.C. 1512(k)<br>18 U.S.C. 111(a)(1) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Smith, Charles Bradford | 1:21-CR-00567 – RCL | 18 U.S.C. 1512(k)<br>18 U.S.C. § 111(a)(1, 2) | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Brannan, Cory | 1:21-CR-00637 – TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 30 days' incarceration<br>24 months' supervised release<br>$500 restitution |
| Warmus, Daniel | 1:21-CR-00417 - PLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>24 months' probation<br>60 hours community service<br>$500 restitution |
| Young, Kyle | 1:21-CR-00291 - ABJ | 18 U.S.C. § 111(a)(1) | 86 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 86 months' incarceration<br>36 months' supervised release<br>100 hours community service<br>$2,000 restitution |

| Denney, Lucas | 1:22-CR-00070 - RDM | 18 U.S.C. § 111b | A term of incarceration in the middle of the guideline range<br>36 months' supervised release | 52 months' incarceration<br>36 months' supervised release |
|---|---|---|---|---|
| Rader, Kenneth | 1:22-CR-00057 - RCL | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 90 days' incarceration<br>36 months' probation<br>$500 restitution |
| Hentschel, Cara | 1:21-CR-00667 – FYP | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Pryer, Mahailya | 1:21-CR-00667 – FYP | 40 U.S.C. § 5104(e)(2)(G) | 2 months' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>36 months' probation<br>$500 restitution |
| Mazzio, Anthony | 1:22-CR-00214 - RCL | 40 U.S.C. § 5104(e)(2)(G) | 60 days incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days incarceration<br>36 months' probation<br>$500 restitution |
| Ferreira, Leticia | 1:22-CR-00210 - TSC | 40 U.S.C. 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Dropkin, Lawrence | 1:21-CR-00734 – JEB | 18 U.S.C. 1752(a)(1);<br>18 U.S.C. 1752(a)(2);<br>40 U.S.C. 5104(e)(2)(D);<br>40 U.S.C. 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Fisher, Samuel | 1:21-CR-00142 – CJN | 18 U.S.C. § 1752(a)(1) | 120 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 120 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Galloway, Andrew | 1:22-CR-00012 – CRC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' incarceration<br>$1,000 fine<br>$500 restitution |
| Munn, Dawn | 1:21-CR-00474 - BAH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation | 36 months' probation<br>$500 restitution |

| | | | 60 hours' community service<br>$500 restitution | |
|---|---|---|---|---|
| Munn, Joshua | 1:21-CR-00474 - BAH | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$500 restitution |
| Munn, Kayli | 1:21-CR-00474 - BAH | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$500 restitution |
| Munn, Kristi | 1:21-CR-00474 - BAH | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Munn, Thomas | 1:21-CR-00474 - BAH | 40 U.S.C. § 5104(e)(2)(G) | 36 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Suleski, Ryan | 1:21-CR-00376 - RDM | 18 U.S.C. 1752(a)(1);<br>18: U.S.C 641; | 90 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Valadez, Rafael | 1:21-CR-00695 - JEB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>$500 restitution |